GEORGE COVERT, Respondent, *v.* THE TOWN OF WALTON, Appellant.

*Covert* v. *Town of Walton,* 116 App. Div. 909, affirmed.
(Argued January 30, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 22, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been occasioned by defendant's negligence in failing to repair a highway.

*Alexander Neish* for appellant.

*A. G. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

WILLIAM CRAWFORD, Respondent, *v.* PETER J. RYAN, Appellant.

*Crawford* v. *Ryan,* 116 App. Div. 913, affirmed.
(Argued January 30, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Frank Leo Ryan* for appellant.

*Cyrus C. Miller* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.